Jan 29 19 12:26p    Sweinhagen                                        480                      p.1
Case 18-17999-amc   Doc 19-1   Filed 02/11/19   Entered 02/11/19 17:27:21   Desc
                    Exhibit A   Page 1 of 1

"Exhibit A"

VISITING PHYSICIANS OF THE DELAWARE VALLY

DR STUART ROSAN DO

669 E MYRTLE AVENUE

TREVOSE, PA 19053

January 16, 2019

TO WHOM IT MAY CONCERN:

Our patient Vivian Woodbury, dob: 09/11/1942 is a homebound patient with us at Visiting Physicians. She is non-ambulatory and cannot leave her home due to her diagnoses' below:

ARTHRITIS;HTN;SPINAL STENOSIS;NEUROPATHY;DYSPHAGIA;ANEMIA;DYSPHAGIA;OA

Any questions and concerns please call please call 215-364-8414.

THERESE PARKER CRNP

*Therese Parker CRNP*

DR STUART ROSAN

*Stuart DO*