UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vivian Woodbury | Chapter 13 |
| Debtor | Case No.: 18-17999AMC |

### ORDER APPOINTTING DEBTOR'S DAUGHTER, DEANNA WOODBURY AS NEXT FRIEND UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE NUMBER 1004.1

AND NOW, this _____ day of _____ 2019, upon consideration of the Motion To Appoint Debtor's Daughter, Deanna Woodbury as Next Friend under Federal Rule of Bankruptcy Procedure Number 1004.1, it is;

ORDERED and that the motion is GRANTED and Deanna Woodbury is appointed to serve as the Debtor's next friend under Federal Rule of Bankruptcy Procedure Number 1004.1, and

The debtor is a person described in 11 U.S.C. §109(h)(4) and therefore the debtor is not required to complete the instructional financial course required by 11 U.S.C. §109(h)(1), and

The Debtor is, and will continue to be, unable to complete an instructional course concerning personal financial management as required by 11 U.S.C. §727(a)(11), and

For reasons beyond the Debtor's control, the Debtor is, and will continue to be, unable to personally attend the meeting of creditors required by 11 U.S.C. §341(a).

FURTHER ORDERED:

**Date: April 9, 2019**

_____
Hon. Ashely M. Chan