**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                    **CASE NO.: 18-17999-amc**
                                                                                      **CHAPTER 13**
**Vivian Woodbury,**

   **Debtor.**

_____/

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Liberty Home Equity Solutions, Inc                    Liberty Home Equity Solutions, Inc. Reverse
Name of Transferee                                             Mortgage Solutions, Inc.
                                                                            Name of Transferor

Name and Address where notices to Transferee      Court Claim # (if known): 3-1
should be sent:                                                   Amount of Claim: $108,154.34
Celink                                                                  Date Claim Filed: 2/8/2019
P.O. Box 40724,
Lansing, MI 48901

Phone: 866-727-4303                                        Phone: 866-503-5559
Last Four Digits of Acct #: 3593                          Last Four Digits of Acct #: 8541

Name and Address where Transferee payments
should be sent (if different from above):
Celink
P.O. Box 40724,
Lansing, MI 48901

Phone: 866-727-4303
Last Four Digits of Acct #: 3593


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ Sindi Mncina                                  Date: 12/16/2019


Transferee/Transferee's Agent

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571._

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 18, 2019, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served

via CM/ECF or United States Mail to the following parties:

Brad J. Sadek
Sadek And Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Vivian Woodbury
6320 Cherokee Street
Philadelphia, PA 19144

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: <u>\S\ Sindi Mncina</u>
     Sindi Mncina
     Email: smncina@rascrane.com